David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

|  |  |
|---|---|
| Delcha P. Williams,<br><br>                   Plaintiff,<br><br>v.<br><br>PINNACLE CREDIT SERVICES, LLC, BYL MANAGEMENT SERVICES, LLC, AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>                   Defendants. | Case No. 2:15-cv-01653-RFB-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO PINNACLE CREDIT SERVICES, LLC ONLY** |

Plaintiff Delcha P. Williams and Pinnacle Credit Services hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in

…

…

…

…

…

…

accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Pinnacle Credit Services, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:  December 20, 2015

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff* | /s/Gina Mushmeche, Esq. <br> Gina Mushmeche, Esq. <br> Kravitz, Schnitzer & Johnson, CHTD <br> 8985 S. Eastern Avenue, Suite 200 <br> Las Vegas, NV 89123 <br><br> *Attorney for Defendant Pinnacle* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED:   December 28, 2015