UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELCHA P. WILLIAMS, | ) |
| Plaintiff, | ) Case No.  2:15-cv-01653-RFB-CWH |
| vs. | ) **ORDER TO SHOW CAUSE** |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| Defendant. | ) |

On September 19, 2015, Plaintiff filed a Notice of Settlement (ECF No. 5) as to Defendant Equifax Information Services, LLC.  Plaintiff requested 60 days to file dismissal documents, which the court granted.  (Min. Order (ECF No. 6).)  On November 20, 2015, Plaintiff filed a Status Report (ECF No. 12) stating that additional time was required to complete the settlement.  The court therefore extended Plaintiff's deadline for filing dismissal documents or an additional status report to December 21, 2015.  (Min. Order (ECF No. 13).)  To date, Plaintiff has failed to comply with the court's order.

IT IS THEREFORE ORDERED that on or before January 28, 2016, Plaintiff must show cause, in writing, why it failed to comply with the court's order (ECF No. 13).

IT IS FURTHER ORDERED that Plaintiff must appear for a show cause hearing on Thursday, February 4, 2016, at 9:30 a.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

/ / /

/ / /

/ / /

/ / /

1      IT IS FURTHER ORDERED that Plaintiff's failure to file a show cause brief and/or to
2 appear at the show cause hearing set for Thursday, February 4, 2016, may result in a
3 recommendation that this case be dismissed.

5      DATED: January 7, 2016.

                                              **C.W. Hoffman, Jr.**
                                              **United States Magistrate Judge**